1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  BAY AREA PAINTERS AND TAPERS          Case No.:  C07-2939 JCS
    PENSION FUND, BAY AREA PAINTERS
14  AND TAPERS HEALTH FUND, BAY AREA      **DECLARATION OF MICHELE R.**
    PAINTERS AND TAPERS JOINT             **STAFFORD RE AMENDED COMPLAINT**
15  APPRENTICESHIP TRAINING FUNDS,
    AND THEIR JOINT BOARDS OF
16  TRUSTEES; FRED  INMAN AND CHARLES
    DEL MONTE, AS TRUSTEES; AND
17  DISTRICT COUNCIL 16 OF THE
    INTERNATIONAL UNION OF PAINTERS
18  AND ALLIED TRADES;

19
           Plaintiffs,
20
    v.
21
    ACOUSTI-CON, INC.,
22
           Defendant.
23
    _____
24

25         I, Michele R. Stafford declare:

26         1.     I am an attorney at law licensed to practice in the State of California, and am an

27  associate of Saltzman & Johnson Law Corporation, attorneys for plaintiffs herein.

28                                                                                      -
                     **DECLARATION OF M. STAFFORD RE AMENDED COMPLAINT**
                                                      **Case No.: C07-2939 JCS**

2.     On June 5, 2007, plaintiffs filed a Complaint in this matter which was designated by the Court as case number C07-2930 JCS.

3.     The name of the defendant was erroneously spelled in the original Complaint. The correct spelling of defendant's name is Acousti-Con, and not Acoustic-Con as stated in the original Complaint. Plaintiffs are therefore filing an Amended Complaint herewith, and respectfully request that this correction be reflected in the Court's records and docket.

4.     All other facts stated in the original Complaint remain unchanged.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 11th day of June, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION


By:     _____/s/_____
            Michele R. Stafford
            Attorneys for Plaintiffs

**PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June _____, 2007, I served the following document(s):

**DECLARATION OF MICHELE R. STAFFORD RE AMENDED COMPLAINT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Richard Fabrizio**
**Acoustic-Con, Inc.**
**16890 Church Street, #16B**
**Morgan Hill, CA 95037**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this _____day of June, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega