Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>         Plaintiffs,<br><br>v.<br><br>ACOUSTI-CON, INC.,<br><br>         Defendant. | Case No.: C07-2939 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>and<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

///

///

-1-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C07-2376 BZ**

P:\CLIENTS\PATCL\Acousti-Con\Pleadings\C07-2939 JCS - Declination to Proceed before a Magistrate Judge 062007.DOC

1 | to a United States District Judge.

2 | Dated: June 20, 2007

Respectfully submitted,
SALTZMAN & JOHNSON LAW CORPORATION

_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

-2-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C07-2376 BZ**

P:\CLIENTS\PATCL\Acousti-Con\Pleadings\C07-2939 JCS - Declination to Proceed before a Magistrate Judge 062007.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On June 20, 2007, I served the foregoing document(s) on the parties to this action, addressed as follows, in the manner described below:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**and**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☑ **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

☐ **FACSIMILE** be causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

*Addressed to:*

**Richard Fabrizio**
**Acoustic-Con, Inc.**
**16890 Church Street, #16B**
**Morgan Hill, CA 95037**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of June, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C07-2376 BZ**

P:\CLIENTS\PATCL\Acousti-Con\Pleadings\C07-2939 JCS - Declination to Proceed before a Magistrate Judge 062007.DOC