IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BAY AREA PAINTERS AND TAPERS PENSION FUND et al.**,
      Plaintiff(s),

v.

**ACOUSTIC-CON, INC.**
      Defendant(s),

No. **C-07-2939-SC**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **Friday, September 21, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    June 21, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
      Courtroom Deputy Clerk