Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>Plaintiffs,<br><br>v.<br><br>ACOUSTI-CON, INC.,<br><br>Defendant. | Case No.: C07-2939 SC<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

1.  The undersigned hereby acknowledges that the judgment in the above-captioned action has been satisfied in full.

2.  The names and address of the judgment creditors are the Bay Area Painters and Tapers Pension Fund, et al., c/o Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

3.  The name and address of the judgment debtor is as follows: Acoustic-Con, Inc.,

-1-
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
Case No.: C07-2939 SC

1  16890 Church Street #16B, Morgan Hill, California 95037.

2       4.   Judgment was entered on June 29, 2007, and an Amended Judgment was entered
3  on July 11, 2007.

Dated: September 15, 2008          SALTZMAN & JOHNSON
                                   LAW CORPORATION

                                   _____
                                   Michele R. Stafford
                                   Attorneys for Plaintiffs

## **NOTARIZATION**

State of California      )
                         )
County of San Francisco  )

On September 15, 2008, before me, Vanessa de Fábrega, Notary Public, personally appeared MICHELE R. STAFFORD, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: VANESSA DE FABREGA, Commission # 1731324, Notary Public - California, San Francisco County, My Comm. Expires Mar 15, 2011]

_____
Notary's Signature

-2-
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On September 17, 2008, I served the following document(s):

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> Richard Fabrizio
> Acoustic-Con, Inc.
> 16890 Church Street, #16B
> Morgan Hill, California 95037

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of September, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
Case No.: C07-2939 SC